1

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
```

FILED by _____ D.C.
APPEALS

JAN 1 1 2008

CLARENCE MADDOX
CLERK U.S. DIST. CT.

UNITED STATES OF AMERICA,   ) Case No.
                            ) 07-20374-Cr-KING
            Plaintiff,      )
                            )
       -v-                  )
                            )
MIRIAM GIL, ENRIQUE ALVAREZ )
and OSVEL FIGUEREDO,        )
                            ) Miami, Florida
            Defendants.     ) August 20, 2007
_____) 9:33 a.m.

VOLUME 1 of 2 - Pages 1-177

TRANSCRIPT OF TRIAL PROCEEDINGS

BEFORE THE HONORABLE JAMES LAWRENCE KING

U.S. DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Government | BARBARA JEAN THRONE<br>Assistant U. S. Attorney<br>99 Northeast 4th Street<br>Miami, Florida  33132 |
| For Defendant Gil | MICHAEL H. BLACKER, ESQ.<br>701 Brickell Avenue<br>Miami, Florida  33131 |
| For Defendant Alvarez | HECTOR L. FLORES, AFPD<br>150 West Flagler Street<br>Miami, Florida  33130 |
| For Defendant Figueredo | JOSE R. BATISTA, ESQ.<br>7171 Coral Way - Suite 400<br>Miami, Florida  33155 |
| | (Interpreters present) |
| OFFICIAL COURT REPORTER:<br>(305) 523-5558 | WILLIAM G. ROMANISHIN, RMR-CRR<br>301 North Miami Avenue - 11th Floor<br>Miami, Florida  33128 |

STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT