c'/d'/ 510/2255 1/bade
C. .se #
J ge _____ Mag. White
. .otn Ifp 100 Fee pd $ 100
Recept #

**PETITION UNDER 28 USC §2225 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| UNITED STATES DISTRICT COURT | District Southern District of Florida | |
|---|---|---|
| Name of Movant Miriam Gil | Prisoner No. 78641-004 | Case No. 07-20374-CR-JLK |
| Place of Confinement FCC Coleman | P.O. Box 1027 Coleman, FL 33521 | |
| UNITED STATES OF AMERICA | V. Miriam Gil (name under which convicted) | |

FILED by ___ D.C.
MAY 06 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

**MOTION**

1. Name and location of court which entered the judgment of conviction under attack
   11th Circuit of the Southern District of Florida

2. Date of judgment of conviction  December 7th, 2007

3. Length of sentence  120 Months

4. Nature of offenses involved (all counts) Conspiracy to manufacture and to possess with the intent to distribute more than 1000 marijuana plants.

5. What was your plea? (Check one)
   (a) Not guilty  ☐
   (b) Guilty  ☒
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:  N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☐
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐     No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒     No ☐

9. If you did appeal, answer the following:
   (a) Name of court: United States Court of Appeals 11th Circuit
   (b) Result: Denied
   (c) Date of result: July 1, 2009

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of court _____
        (2) Nature of proceeding _____
        (3) Grounds raised _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐    No ☒
        (5) Result _____
        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:
        (1) Name of court United States Court of Appeals 11th Circuit
        (2) Nature of proceeding Appeal of sentence.

        (3) Grounds raised The District Court made erroneous Brady and Jencks act ruling in three instances. 1. To preclude and remove testimony because the government did not provide disclosures. District Court ruled erroneous in Brady not being applicable at hearing. 2. District Court not allowing a downward departure for safety valve.

        3. Pertinent documentation of debriefings were not produced to the defense.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
   Yes ☐        No ☒

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
   (1) First petition, etc.        Yes ☒        No ☐
   (2) Second petition, etc.       Yes ☐        No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

My attorney advised me that the decision of the

appellate court was a final ruling. Therefore,

discouraging any thoughts of any potential appeal.

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

<u>Caution: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.</u>

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(e) On appeal  Ineffective Assistance of Counsel

(f) In any post-conviction proceeding  Ineffective Assistance of Counsel

(g) On appeal from any adverse ruling in a post-conviction proceeding  Ineffective assistance of counsel

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐        No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐        No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future:
        N/A

    (b) Give date and length of the above sentence:  N/A

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐        No ☐

Wherefore, movant prays that the court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

05/04/2010
   (Date)

_____
Signature of Movant

# MOTION UNDER 28 USC §2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

(If movant has a sentence to be served in the future under a federal judgment which he or she wishes to attack, the movant should file a motion in the federal court which entered the judgment.)

## MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

*Explanation and Instructions – Read Carefully*

1) This motion must be legibly handwritten or typewritten and signed by the movant under the penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3) Upon receipt, motion will be filed if it is in proper order. No fee is required with this motion.

4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed in *forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed in *forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each such judgment.

6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

7) When the motion is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.